B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Georgia | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Douglas Asphalt Company | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>N/A |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>Unknown | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>101 North Peterson Avenue, Suite 201<br>Douglas, GA 31533 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>Same |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Douglas, GA<br><br>ZIP CODE 31533 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Coffee County, GA and elsewhere within US District for Southern District of GA

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>N/A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                        or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2        **Name of Debtor** Douglas Asphalt Company

                                              **Case No.** _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Tracey Haley          Managing Claims Counsel | x /s/ Keith Lichtman, Esq.                    12/01/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Zurich American Ins. Co.             12/01/2009 | Mills Paskert Divers |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
|  | 1355 Peachtree St Ne, Ste. 1550 Atlanta, GA 30309 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Tracey Haley | 404-870-8200 |
| 12222 Merit Dr., Ste 700 | Telephone No. |
| Dallas, TX 75251 |  |
| x /s/ Mark Wade     Executive VP & Chief Claims Officer | x /s/ Kathleen Horne, Esq.                    12/01/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Arch Insurance Company             12/01/2009 | Inglesby, Falligant, Horne, Courington & Chisholm |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
|  | PO Box 1368, Savannah, GA 31402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Mark Wade | (912) 232-7000 |
| 300 Plaza Three | Telephone No. |
| Jersey City, NJ 07311 |  |
| x /s/ Stephen Beatty          Chief Surety Counsel | x /s/ Kathleen Horne, Esq.                    12/01/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                         Date |
| Lumbermens Mutual Casualty Co.     12/01/2009 | Inglesby, Falligant, Horne, Courington & Chisholm |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
|  | PO Box 1368, Savannah, GA 31402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Stephen Beatty | (912) 232-7000 |
| One Kemper Drive | Telephone No. |
| Long Grove, IL 60049 |  |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Zurich American Ins. Co. | Contract | 13,945,105.99 |
| Arch Insurance Company | Contract | 128,892,128.15 |
| Lumbermens Mutual Casualty Company | Contract | 19,299,207.02 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 162,206,905.80 |

___1___ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

INVOLUNTARY PETITION

In re:                                                                Case No. _____

DOUGLAS ASPHALT COMPANY

Debtor.
_____/

## CONTINUATION SHEET OF PETITIONING CREDITORS

### REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the Debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the Court granting recognition is attached.

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| /s/ Dana B. Moran           Vice President | /s/ Michael G. Gray, Esq.      12/01/2009 |
|---|---|
| Signature of Petitioner or Representative (State Title) | Signature of Attorney                        Date |
| Suwannee American Cement, LLC  12/01/2009 | Walker, Hulbert, Gray & Byrd, LLP |
| Name of Petitioner                              Date Signed | Name of Attorney Firm (if any) |
|  | 909 Ball Street, P.O. Box 1770, Perry, GA 31069 |
|  | Address |
| Name & Mailing Address of Individual Signing in Representative Capacity | Dana B. Moran<br>100 W. Bay Street<br>Suite 600<br>Jacksonville, FL 32202 | (478) 987-1415<br>Telephone No. |

### PETITIONING CREDITORS (Continued)

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Suwannee American Cement, LLC | Contract | $70,464.64 |
|  |  |  |
| **TOTAL AMOUNT OF PETITIONERS' CLAIMS** |  | $162,206,905.80 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

In the matter of:                              )
                                               )
                                               )  Case Number:_____
                                               )  Chapter 7 (Involuntary)
ZURICH AMERICAN INSURANCE                      )
CO., ARCH INSURANCE COMPANY,                   )
LUMBERMENS MUTUAL CASUALTY                     )
CO., and SUWANNEE AMERICAN                     )
CEMENT, LLC,                                   )
                                               )
    Petitioners,                              )
                                               )
vs.                                            )
                                               )
DOUGLAS ASPHALT COMPANY,                       )
                                               )
    Debtor.                                   )
_____        )

## CERTIFICATE OF INTERESTED PARTIES
### Local Rule 3.2

The undersigned, counsel of record for certain Petitioners, certifies that the following is a full and complete list of the parties in this action:

| **Name** | **Identification and Relationship** |
| --- | --- |
| Zurich American Insurance Co. | Petitioner |
| Arch Insurance Company | Petitioner |
| Lumbermens Mutual Casualty Co. | Petitioner |
| Suwannee American Cement, LLC | Petitioner |
| Douglas Asphalt Company | Debtor |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| **Name** | **Identification and Relationship** |
|---|---|
| Zurich American Insurance Co | See Officer and Director listing attached hereto as **Exhibit "A"** |
| Arch Insurance Company | See Officer and Director listing attached hereto as **Exhibit "B"** |
| Lumbermens Mutual Casualty Company | See Officer and Director listing attached hereto as **Exhibit "C"** |
| Suwannee American Cement, LLC | Joe H. Anderson, Jr., Chairman |
| | Martin Fallon, President & Chief Exec. Officer |
| | Joe H. Anderson III, Director |
| | M. Douglas Anderson, Director |
| | Erik Madsen, Officer |
| | Walter Schalka, Officer |
| Douglas Asphalt | Joel Spivey, Officer |
| | Kyle Spivey, Officer |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by the outcome of this case (including a relationship as a parent or holding company or

2

similar relationship):

| **Name** | **Identification and Relationship** |
| --- | --- |
| Zurich Holding Company of America, Inc. | Interest in Petitioner Zurich |
| Zurich Insurance Company | Interest in Petitioner Zurich |
| Zurich Group Holding | Interest in Petitioner Zurich |
| Fidelity & Deposit Company of Maryland | Interest in Petitioner Zurich |
| ZGA US Limited | Interest in Petitioner Zurich |
| Allied Zurich p.l.c. | Interest in Petitioner Zurich |
| Zurich Financial Services | Interest in Petitioner Zurich |
| VCNA | Interest in Petitioner Suwannee American Cement, LLC |
| Suwannee Holdings, LLC | Interest in Petitioner Suwannee American Cement, LLC |
| Suwannee American Cement, Co., Inc. | Interest in Petitioner Suwannee American Cement, LLC |
| Anderson Columbia Co., Inc. | Interest in Petitioner Suwannee American Cement, LLC |
| Ronnie Spivey | Interest in Debtor, Douglas Asphalt |

This 1st day of December, 2009.

3

| Zurich American Insurance C | Current as of Date: |
|---|---|
| Shareholder: | Zurich Holding Company of America |
| Incorporated: | June 3, 1998 |
| Administrative Office Address | 1400 American Lane, |
| Statutory Home Office: | One Liberty Plaza, 165 |
| Federal Tax ID #: | 36-4233459 |
| Zurich American Insurance Con | Officers |
| Assistant Secretary | Arnold, Stephen B. |
| | Barnes, Eric D. |
| | Caby, Richard W. |
| | Cummings-Fritz, Dawn |
| | Darbro, Laura |
| | D'Mello, Ed |
| | Edwards, Kenneth W. |
| | Evans, Patrick |
| | Fanto, Timothy |
| | Goode, Denise L. |
| | Haley, Gerald F. |
| | Hannigan, Patrick A. |
| | Hayden, Dennis R. |
| | Hoyas, James |
| | Lerner, Bruce A. |
| | Lyjak, Daniel E. |
| | Markotic, John J. |
| | McArdle, Carol L. |
| | Miedema, Robert J. |
| | Runey, George L. |
| | Sanders, John R. |
| | Smith, Jadon H. |
| | Staggs, Sarah |
| | Awati, Vinayak |
| | Riding, Cecilia |
| | Jackson, Amy |
| | Hoy, Scott A. |
| | Putz, David M. |
| | Reeves, Christopher J. |
| Director | Kearns, Richard Patrick |
| | Kerner, Michael Gerarld |
| | Talbot, Angus Mark |
| | Vitale, Mario Phillip |
| Director \ CEO | Foley, Michael Thomas |
| Director \ Chairman | Hopkins, Paul Norman |
| Director \ EVP | Maag, Seraina |
| | Rand, Steven Price |
| | Tizzio, Vincent Christopher |
| | Fundum, Craig Jay |
| | Rheel, Robert Harold |
| Director \ EVP \ CFO | Sharma, Vibhu Ranjan |
| Director \ President | Mueller, Nancy Diane |
| EVP | Feuer, Martin |
| | Mallie, Tina Gaye |
| | Kaplan, Gary Steven |



EXHIBIT A

| | |
|---|---|
| EVP | Parker, John Clarence |
| | Tutoki, Jane Ann |
| | Carter, Timothy David |
| EVP \ Chief Actuary | Effinger, Bob |
| EVP \ Corporate Secretary | Kerrigan, Jr., Dennis Francis |
| Secretary | Jankelow, Warren |
| | Noffke, Paul W. |
| | Stephanites, Sandra M. |
| | Swanson, Linda |
| | Windsor, Robert D. |
| | Arrambide, R. Steve |
| | Zitt, Colleen M. |
| | Galvin, Danielle M. |
| | Hauser, Richard J. |
| Sr. Vice President | Arendt, Robin |
| | Halabi, Christian I. |
| | Heller, Robert J. |
| | Theros-Mullins, Christine |
| Treasurer | Paul, Barry S. |
| Vice President | Anders, Timothy |
| | Block, Jeffrey D. |
| | Bond, Michael P. |
| | Boyle, Robert G. |
| | Braun, Martin W. |
| | Cacciola, Ronald |
| | Ceko, Maryterese |
| | Daley, Patrick K. |
| | DeSimone, James C. |
| | Field, Ann L. |
| | Gardner, Mary |
| | Hart, Sabrina A. |
| | Haugh, Ann |
| | Hewett, David |
| | Hoppe, Nancy |
| | Horgan, Paul |
| | Kellaher, Vincent |
| | LaGrassa, John |
| | Lawrence, Robert L. |
| | Levinson, David A. |
| | Martinez, Theodore G. |
| | Masone, Jino L. |
| | Mehlhop, Linda J. |
| | Mike-Mayer, Frank |
| | Morrison, Roger M. |
| | Pollaro, Salvatore |
| | Pycha, Cheryl A. |
| | Richiski, Richard L. |
| | Riordan, Daniel W. |
| | Salvatore, Bryan J. |
| | Sepanik, Damian |
| | Shine, Robert M. |
| | Shook, Gary E. |

| | |
|---|---|
| Vice President | Smith, Dave |
| | Smith, Maureen G. |
| | Williams, Meredith E. |
| | Zgorski, Robert F. |
| | Pawlowski, Lisa M. |
| | Harold, Susan K. |
| | Martin, Marla A. |
| | Rogers, Rosemarie M. |
| | Maguire, Frank G. |
| | Appelbaum, Joel A. |
| | Barnes, Christopher E. |
| | Benton, Catherine M. |
| | Castillo, Richard J. |
| | Chapman, Sheila A. |
| | Chismar, Anthony |
| | Cohen, Seth |
| | Cooper, Marcus |
| | De Leon, Albert V. |
| | Doyle, Donald |
| | Garceau, Michael |
| | Haarmann, Christopher |
| | Hans, Michael D. |
| | Hirs, Peter |
| | Hoch, Dalynn |
| | Intrator, Marc |
| | Jensen, Jeffrey C. |
| | Kane, Dennis G. |
| | Loris, Daniel |
| | Lyon, Chris |
| | Mellinger, Joyce H. |
| | Miller, Mary E. |
| | Munn, Marcia |
| | Murphy, Joseph S. |
| | Rubino, Louis V. |
| | Sagalow, Ty R. |
| | Schupp, Jason M. |
| | Soughan, John J. |
| | Wilson, Brian K. |
| | Blake, William R. |
| | Verma, Rohit |
| | Fazio, Jr., Salvatore V. |
| | Hatch, Steve |
| | McCafferty, Terence |
| Vice President \ Assistant Treas | Dyke, John R. |
| | Purcell, Kevin H. |
| Grand Total | |

 Zurich Financial Services Group

# Board and management

Zurich Financial Services Ltd has an effective structure for cooperation between the Board of Directors, Management and internal control functions. This structure establishes checks and balances and is designed to provide for institutional independence of the Board of Directors from the Group Chief Executive Officer (CEO) and the Group Executive Committee (GEC). The CEO and GEC are responsible for managing the Group on a day-to-day basis. The Board of Directors of Zurich Financial Services is composed entirely of non-executive members. The roles of Chairman of the Board of Directors and CEO are separated, thus providing for separation of powers between the functions and ensuring the autonomy of the Board.

Board of Directors    Board Committees

Group Management

The Board of Directors currently consists of eleven members and is chaired by Manfred Gentz. It is responsible for determining the overall strategy of the Group and for the supervision of management. Board meetings are held at least six times per year.

The members of the Board of Directors are elected by the shareholders at the annual general meeting. After the election, the Board constitutes itself in its first meeting and appoints the chairman and the vice-chairman amongst its members. The ordinary term of office of the board members is three years. All members are non-executive directors, independent of management.

| Name | | End of term |
|---|---|---|
| Gentz, Manfred | Chairman | 2011 |
| Pidoux, Philippe O. | Vice Chairman | 2010 |
| Bies, Susan | | 2010 |
| Chu, Victor L.L. | | 2010 |
| de Swaan, Tom | | 2011 |
| Escher, Thomas K. | | 2012 |
| Kindle, Fred | | 2011 |
| Meyer, Armin | | 2010 |
| Nicolaisen, Don | | 2012 |

| Sankey, Vernon L. | 2012 |
| Watter, Rolf | 2010 |

Copyright © 2009 Zurich Financial Services Ltd


ZURICH

Zurich Financial Services Group

# Board and management

Zurich Financial Services Ltd has an effective structure for cooperation between the Board of Directors, Management and internal control functions. This structure establishes checks and balances and is designed to provide for institutional independence of the Board of Directors from the Group Chief Executive Officer (CEO) and the Group Executive Committee (GEC). The CEO and GEC are responsible for managing the Group on a day-to-day basis. The Board of Directors of Zurich Financial Services is composed entirely of non-executive members. The roles of Chairman of the Board of Directors and CEO are separated, thus providing for separation of powers between the functions and ensuring the autonomy of the Board.

Board of Directors        Board Committees

Group Management

The Group Executive Committee deals with the strategic, financial and business policy issues that impact the Group as a whole. The Group Management Board is a recommendation, information and networking body that works to ensure horizontal collaboration throughout the Zurich organization.

Group Executive Committee

| Name | Function |
| --- | --- |
| Schiro, James J. | Chief Executive Officer |
| Amore, John | CEO General Insurance |
| Court, Annette | CEO Europe General Insurance |
| Foley, Mike | CEO North America Commercial |
| Greco, Mario | CEO Global Life |
| Hopkins, Paul N. | Chairman of the Board of Farmers Group, Inc. & CEO Americas |
| Lehmann, Axel P. | Group Chief Risk Officer |
| Riddell, Geoffrey (Geoff) | Chairman of Global Corporate & CEO Asia-Pacific and Middle East |
| Senn, Martin | Chief Investment Officer and designated Chief Executive Officer |

| Name | Function |
|---|---|
| Wemmer, Dieter | Chief Financial Officer |

Group Management Board

| Name | Function |
|---|---|
| Schiro, James J. | Chief Executive Officer |
| Amore, John | CEO General Insurance |
| Court, Annette | CEO Europe General Insurance |
| Foley, Mike | CEO North America Commercial |
| Greco, Mario | CEO Global Life |
| Hopkins, Paul N. | Chairman of the Board of Farmers Group, Inc. & CEO Americas |
| Lehmann, Axel P. | Group Chief Risk Officer |
| Riddell, Geoffrey (Geoff) | Chairman of Global Corporate & CEO Asia-Pacific and Middle East |
| Senn, Martin | Chief Investment Officer and designated Chief Executive Officer |
| Wemmer, Dieter | Chief Financial Officer |
| Beale, Inga | Global Chief Underwriting Officer, Head of Organizational Transformation, and Internal Consulting (iCON) |
| Hongler, Markus | CEO Zurich Insurance Public Limited Company (ZIP) |
| Goerke, Peter | Group Head of Human Resources |
| Kearns, Richard P. | Chief Administrative Officer |
| Paravicini, Michael | Chief Information Technology Officer |
| Vitale, Mario P. | CEO Global Corporate |
| Woudstra, F. Robert | CEO Farmers Group, Inc. |

Copyright © 2009 Zurich Financial Services Ltd

# EXHIBIT B

**The following is a full and complete list of officers and directors of Arch Insurance Company:**

| Name | Identification & Relationship |
|---|---|
| Mark Donald Lyons | Chairman, CEO & President (Director) |
| Dennis Robert Brand | Executive Vice President & Chief Administrative Officer (Director) |
| William Casey | Executive Vice President |
| Ellen Darrigrand | Executive Vice President |
| John Edack | Executive Vice President & Chief Regional Officer (Director) |
| Daniel Gamble | Executive Vice President |
| Lyle Hitt | Executive Vice President |
| Roy Mahlstedt | Executive Vice President |
| David McElroy | Executive Vice President & President, Financial & Professional Liability Group (Director) |
| Thomas McMahon | Executive Vice President & Chief Marketing Officer |
| John Mentz | Executive Vice President |
| Michael Murphy | Executive Vice President & President, Property & Casualty Group (Director) |
| Steven Nelson | Executive Vice President |
| William Palmer | Executive Vice President |
| John Rafferty | Executive Vice President |
| Paul Stewman | Executive Vice President |
| Elaine Trischetta | Executive Vice President |

| | |
|---|---|
| Mark Vonnahme | Executive Vice President |
| Mark Wade | Executive Vice President & Chief Claims Officer (Director) |
| Malcolm Ainslie | Senior Vice President |
| Glenn Ballew | Senior Vice President |
| William Beardsley | Senior Vice President |
| Dan Beaudette | Senior Vice President |
| Thomas Clark | Senior Vice President |
| Stephen Cotnoir | Senior Vice President |
| Fred Eichler | Senior Vice President & Chief Financial Officer (Director) |
| Amy Flanagan | Senior Vice President |
| Fred Frederickson | Senior Vice President |
| Frank Frieri | Senior Vice President |
| Petronila Hartman | Senior Vice President |
| Brian Hughes | Senior Vice President & Chief Actuary |
| Nicolas Karacostas | Senior Vice President |
| Robert Keller | Senior Vice President |
| Scott Keller | Senior Vice President |
| Edward Kelley | Senior Vice President |
| Kevin Kiernan | Senior Vice President |
| Michael Kmetz | Senior Vice President |
| Mark Lima | Senior Vice President |
| Janet Lindstrom | Senior Vice President |

| | |
|---|---|
| Thomas Luckstone | Senior Vice President |
| Stephen Manahan | Senior Vice President |
| Scott McClintock | Senior Vice President & Chief Information Officer |
| Martin Nilsen<br>& General Counsel | Arch – Senior Vice President, Secretary & Group Compliance Officer (Director) |
| Kevin O'Brien | Senior Vice President |
| Marita Oliver | Senior Vice President |
| Sandra Osato | Senior Vice President |
| Ray Pernsteiner | Senior Vice President |
| Michael Price | Senior Vice President |
| Philip Schluter | Senior Vice President |
| Brian Shea | Senior Vice President |
| Linda Soughan | Senior Vice President |
| Richard Stock | Senior Vice President |
| Robert Stoymenoff | Senior Vice President |
| Carl Sullo | Senior Vice President |
| John Touchstone | Senior Vice President |
| Richard Zarandona | Senior Vice President |
| Gordon Kerr | Chief Agent & CEO (Canada Branch) |
| Lawrence Harr | Director |

# EXHIBIT C

The following is a full and complete list of officers and directors of Lumbermens Mutual Casualty Company:

| Name | Identification & Relationship |
|---|---|
| Douglas Andrews | President & CEO |
| John Conway | Secretary |
| Frederick Griffith | CFO |
| Andrew Cooke | Treasurer |
| Benjamin Schwartz | Senior Vice President |
| Barbara Murray | Senior Vice President |
| Douglas Andres | Director |
| Peter Hamilton | Director |
| George Lewis | Director |
| Arthur Massolo | Director |
| David Mathis | Director |

