B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Douglas Asphalt Company**                                    Case No.  **09-51272**
                          Debtor(s)                                   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arch Insurance<br>Attn: Mark Wade<br>3 Parkway Suite 1500<br>Philadelphia, PA 19102 | Arch Insurance<br>Attn: Mark Wade<br>3 Parkway Suite 1500<br>Philadelphia, PA 19102 | Indemnity | Disputed | 128,892,125.15 |
| BB&T<br>102 Peterson Ave. N<br>Douglas, GA 31533 | BB&T<br>102 Peterson Ave. N<br>Douglas, GA 31533 | Guaranty of Personal Debt of Joel Spivey | | 4,200,000.00 |
| Bellamy Brothers, Inc.<br>Post Office Box 218<br>16 Fairview & Panda Road<br>Ellenwood, GA 30294 | Bellamy Brothers, Inc.<br>Post Office Box 218<br>16 Fairview & Panda Road<br>Ellenwood, GA 30294 | Trade Debt | Disputed | 386,578.76 |
| Coastal Signs and Supply, Inc.<br>12331 Hwy 32 West<br>Ambrose, GA 31512 | Coastal Signs and Supply, Inc.<br>12331 Hwy 32 West<br>Ambrose, GA 31512 | Trade Debt | | 350,722.78 |
| Farmer's and Merchants Bank<br>110 Carter Street<br>Lakeland, GA 31635 | Farmer's and Merchants Bank<br>110 Carter Street<br>Lakeland, GA 31635 | 101 N. Peterson Ave.<br>Douglas, GA 31533 | | 2,004,371.00<br><br>(800,000.00 secured) |
| FCC Equipment Financing<br>12740 Gran Bay Parkway<br>Jacksonville, FL 32258 | FCC Equipment Financing<br>12740 Gran Bay Parkway<br>Jacksonville, FL 32258 | Equipment- See Attached Exhibit A | | 4,422,952.80<br><br>(3,981,292.15 secured) |
| Fidelity and Deposit Company<br>Attn: Tracey Haley<br>12222 Merit Dr. Ste. 700<br>Dallas, TX 75251 | Fidelity and Deposit Company<br>Attn: Tracey Haley<br>12222 Merit Dr. Ste. 700<br>Dallas, TX 75251 | Judgment-Indemnity | Disputed | 13,945,105.99 |
| Fleetcor Tecnologie<br>P.O. box 105080<br>Atlanta, GA 30348 | Fleetcor Tecnologie<br>P.O. box 105080<br>Atlanta, GA 30348 | Judgment- Trade debt | | 264,656.19 |
| Fuelman<br>Post Office Box 105080<br>Atlanta, GA 30348-5080 | Fuelman<br>Post Office Box 105080<br>Atlanta, GA 30348-5080 | Trade Debt | Disputed | 542,051.19 |
| J A Long, Inc.<br>Post Office Box 1035<br>Gainesville, GA 30503 | J A Long, Inc.<br>Post Office Box 1035<br>Gainesville, GA 30503 | Trade Debt | Disputed | 278,041.04 |

Exhibit B

B4 (Official Form 4) (12/07) - Cont.
In re   Douglas Asphalt Company                          Case No.   09-51272
                                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kenneth Futch<br>110 Screven Ave.<br>Waycross, GA 31501 | Kenneth Futch<br>110 Screven Ave.<br>Waycross, GA 31501 | | | 1,000,000.00<br><br>(0.00 secured) |
| Kilpatrick Stockton, LLC<br>Attn: Randy Edwards<br>1100 Peachtree St., Suite 2800<br>Atlanta, GA 30309 | Kilpatrick Stockton, LLC<br>Attn: Randy Edwards<br>1100 Peachtree St., Suite 2800<br>Atlanta, GA 30309 | Attorney Fees | Disputed | 640,000.00 |
| Lumberman's<br>Attn: Stephen Beaty<br>One Kemper Dr.<br>Long Grove, IL 60049 | Lumberman's<br>Attn: Stephen Beaty<br>One Kemper Dr.<br>Long Grove, IL 60049 | Indemnity | Disputed | 19,299,207.02 |
| Martin Marietta Aggregates<br>P.O. Box 75328<br>Charlotte, NC 28275 | Martin Marietta Aggregates<br>P.O. Box 75328<br>Charlotte, NC 28275 | Trade debt | Disputed | 547,056.01 |
| Mary Jane Spivey<br>Post Office Box 3324<br>Douglas, GA 31534 | Mary Jane Spivey<br>Post Office Box 3324<br>Douglas, GA 31534 | 101 N. Peterson Ave.<br>Douglas, GA 31533 | | 12,500,000.00<br>(800,000.00 secured)<br>(2,004,371.00 senior lien) |
| McLendon Enterprises<br>2365 Aimwell Road<br>Vidalia, GA 30474 | McLendon Enterprises<br>2365 Aimwell Road<br>Vidalia, GA 30474 | Trade Debt | Disputed | 610,391.33 |
| St. Paul's Travelers<br>13067 Collections Center Dr.<br>Chicago, IL 60693 | St. Paul's Travelers<br>13067 Collections Center Dr.<br>Chicago, IL 60693 | Insurance Claims | Disputed | 288,989.59 |
| State Board of Worker's Compensation<br>Attn: Damaris Jones<br>270 Peachtree St. NW<br>Atlanta, GA 30303 | State Board of Worker's Compensation<br>Attn: Damaris Jones<br>270 Peachtree St. NW<br>Atlanta, GA 30303 | Collateral Demand | Disputed | 4,500,000.00 |
| Thomasville National Bank<br>301 N. Broad Street<br>Thomasville, GA 31792 | Thomasville National Bank<br>301 N. Broad Street<br>Thomasville, GA 31792 | Loan- Collateral is owned by Joel Spivey | | 451,842.00 |
| Zavata, Inc.<br>105 Industrial Dr.<br>Americus, GA 31709 | Zavata, Inc.<br>105 Industrial Dr.<br>Americus, GA 31709 | Medical Bills | | 530,900.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  Douglas Asphalt Company                                    Case No.  09-51272
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 28, 2009**            Signature  _/s/ Joel Spivey_
                                                  Joel Spivey
                                                  President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.