B6G (Official Form 6G) (12/07)

.

In re   **Douglas Asphalt Company**        ,    Case No.   **09-51272-JSD**

                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Douglas Asphalt Paving, Inc.**<br>**Post Office Box 3324**<br>**Douglas, GA 31534** | **Lease of Equipment and Buildings - Lease payments are paid directly to creditors in the amount of $225,000.00** |
| **GE Capital aka Colonial Pacific Leasing**<br>**1010 Thomas Edison Blvd**<br>**Cedar Rapids, IA 52404** | **Equipment Lease- Monthly Payment is $48,049.14** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Douglas Asphalt Company**     ,   Case No.   **09-51272-JSD**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DAC Aviation**<br>**101 N. Peterson Ave.**<br>**Douglas, GA 31533** | **BB&T**<br>**102 Peterson Avenue N.**<br>**Douglas, GA 31533** |
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd**<br>**Douglas, GA 31533** | **Thomasville National Bank**<br>**301 N. Broad Street**<br>**Thomasville, GA 31792** |
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd.**<br>**Douglas, GA 31533** | **Farmer's and Merchants Bank**<br>**110 Carter Street**<br>**Lakeland, GA 31635** |
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd.**<br>**Douglas, GA 31533** | **Caterpillar Financial**<br>**2120 W End Ave.**<br>**Nashville, TN 37203** |
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd**<br>**Douglas, GA 31533** | **FCC Equipment Financing**<br>**12740 Gran Bay Parkway**<br>**Jacksonville, FL 32258** |
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd**<br>**Douglas, GA 31533** | **GE Capital - aka Colonial Pacific Lease**<br>**c/o Kenny, Solomon & Medina**<br>**3675 Crestwood Parkway Suite 300**<br>**Duluth, GA 30096** |
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd**<br>**Douglas, GA 31533** | **Wells Fargo Equpment Finance Lease**<br>**c/o Kenny, Solomon & Medina**<br>**3675 Crestwood Parkway Suite 300**<br>**Duluth, GA 30096** |
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd**<br>**Douglas, GA 31533** | **Mary Jean Spivey**<br>**Post Office Box 3324**<br>**Douglas, GA 31534** |
| **Kyle Spivey**<br>**770 Green Willow Drive**<br>**Douglas, GA 31535** | **Caterpillar Financial**<br>**2120 W End Ave.**<br>**Nashville, TN 37203** |
| **Kyle Spivey**<br>**770 Green Willow Drive**<br>**Douglas, GA 31535** | **Mary Jean Spivey**<br>**Post Office Box 3324**<br>**Douglas, GA 31534** |
| **Ronnie Spivey**<br>**311 Barrington Drive**<br>**Douglas, GA 31535** | **Farmer's and Merchants Bank**<br>**110 Carter Street**<br>**Lakeland, GA 31635** |

1

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Douglas Asphalt Company**                                              Case No.    **09-51272-JSD**

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ronnie Spivey**<br>**311 Barrington Drive**<br>**Douglas, GA 31535** | **Fidelity and Deposit Company**<br>**Attn: Tracey Haley**<br>**12222 Merit Dr. Ste. 700**<br>**Dallas, TX 75251** |

Sheet    **1**    of    **1**    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Douglas Asphalt Company**                                Case No.    **09-51272-JSD**

_____    Chapter    **11**

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____154____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 20, 2010**                  Signature    **/s/ Joel Spivey**

                                                          **Joel Spivey**
                                                          **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re **Douglas Asphalt Company**        Case No. **09-51272-JSD**

           Debtor(s)        Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$18,202,052.00** | **Douglas Asphalt Company- 2007** |
| **$4,365,616.00** | **Douglas Asphalt Company- 2008** |
| **$1,681,764.61** | **Douglas Asphalt Company- 2009** |
| **$3,500,000.00** | **Douglas Asphalt Company- 2010  - Projected** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $225,000.00 | 2009    - Arbitration - Frontier Insurance Settlement from Excess Insurance Carrier |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Caterpillar Finance<br>2120 West End Ave.<br>Nashville, TN 37203 | 11/12/09 | $45,525.49 | $1,073,043.00 |
| Thomasville National Bank<br>301 N. Broad Street<br>Thomasville, GA 31792 | 11/28/09 | $12,000.00 | $451,842.00 |
| Farmer's and Merchants Bank<br>110 Carter Street<br>Lakeland, GA 31635 | 9/25/09<br>10/30/09<br>11/30/09 | $43,384.65 | $2,004,371.00 |
| FCC Equipment Financing<br>12740 Gran Bay Parkway<br>Jacksonville, FL 32258 | 9/30/09<br>10/31/09 | $196,568.93 | $4,422,952.80 |
| Ford Motor Credit<br>One American Road<br>Dearborn, MI 48126 | 9/18/09<br>10/9/09<br>10/28/09<br>11/17/09<br>11/19/09 | $45,476.85 | $49,603.35 |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Douglas Asphalt Company, Joel H. Spivey and Kyle Spivey v. Applied Technical Services, Inc. Case No. CV06-229** | **Civil** | **United States District Court, Southern District of Georgia** | **Judgment entered against Defendant on October 2, 2009** |
| **Hepaco, Inc. v. Douglas Asphalt Company Case No. 31-110-E-00340-05** | **Civil** | **American Arbitration Association** | **Judgment** |
| **Katana Trucking, Inc. v. Douglas Asphalt Company CaseNo. 16-2007-SC-9786** | **Civil** | **Magistrate Court of Duval County Florida** | **Pending** |
| **Inn of Jacksonville v. Douglas Asphalt Company Case No. 16-2007-CC-0019900** | **Civil** | **State Court of Duval County, Florida** | **Default Judgment for Plaintiff** |
| **Vinings Trucking v. Douglast Asphalt Company Case No. 16-2007-CA-003378** | **Civil** | **State Court of Duval County, Florida** | **Garnishment** |
| **Douglas Asphalt Company v. Barco Duvall Case No. 07-CA-198** | **Civil** | **State Court of Duval County, Florida** | **Pending** |
| **Georgia Department of Transporation v. Douglas Asphalt Company Case No. 2004-CV-83139** | **Civil** | **Superior Court of Fulton County, Georgia** | **On Appeal to Court of Appeals** |
| **Georgia Dept. of Transportation v. Douglas Asphalt Company Case No. 2005-CV-0137** | **Civil** | **Superior Court of Turner County, Georgia** | **Pending** |
| **Arch Insurance Company v. Douglas Asphalt Company, et al Case No. CV507-038** | **Civil** | **United States District Court Southern District of Georgia** | **On Appeal to 11th Circuit** |
| **Fidelity and Deposition Company of Maryland, et al. v. Douglas Asphalt Company, et al Case No. CV507-042** | **Civil** | **United States District Court Southern District of Georgia** | **Judgment** |
| **Association Casualty Insurance Company v. Douglas Asphalt Company, et al Case No. 07-1-04547-33** | **Declaratory Judgment** | **Superior Court of Cobb County, GA** | **Pending** |
| **Martin Marietta Aggregates v. Douglas Asphalt Company and Douglas Asphalt Paving Case No. 2009S01-57** | **Civil** | **Superior Court of Coffee County, Georgia** | **Pending** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lumbermans Mutual Casualty Company v. Douglas Asphalt Company, et al.**<br>**Case No. CV 507-099** | **Civil** | **United States District Court**<br>**Southern District of Georgia** | **Pending** |
| **Douglas Asphalt Co. et al v. Matthews Construction Management, LLC**<br>**Case No. 09C** | **Civil** | **State Court of Gwinnett County, Georgia** | **Pending** |
| **CSX Transp., Inc. v. Douglas Asphalt Company**<br>**Case No. 5:09-CV-00021** | **Civil** | **United States District Court**<br>**Southern District of Georgia** | **Pending** |
| **Arch Insurance Co. v. Douglas Asphalt Company, et al v. Applied Technical Services**<br>**Case No. 09-G-7607** | **Garnishment Against ATS** | **State Court of Cobb County, Georgia** | **Pending** |
| **Arch Insurance Co. v. Douglas Asphalt Company, et al. v. Markel Insurance Co.**<br>**Case No. 1:09-CV-2917** | **Garnishment Against ATS insurer** | **United State District Court**<br>**Northern District of Georgia** | **Pending** |
| **Fidelity & Deposit Company of Maryland v. Douglas Asphalt Company, et al v. Applied Technical Services**<br>**Case No. 1:09-CV-2975** | **Garnishment** | **United States District Court**<br>**Northern District of Georgia** | **Pending** |
| **Fidelity & Deposit Company of Maryland v. Douglas Asphalt Comopany, et al v. Association Casualty**<br>**Case No. 09-G-9589** | **Garnishment** | **State Court of Cobb County, Georgia** | **Pending** |
| **Marathon Petroleum Co., LLC**<br>**vs.**<br>**Douglas Asphalt Company**<br>**Civil Action CV507-023** | **Civil** | **United States District Court for the Southern District of Georgia** | **Judgment/FIFA** |
| **Cook Industrial Electric Co.**<br>**vs.**<br>**Douglas Asphalt Company**<br>**Civil Action: C107-107734** | **Civil** | **State Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **McCord Tie & Timber**<br>**vs.**<br>**Douglas Asphalt Company**<br>**Civil Action: 2007-S06-581** | **Civil** | **Superior Court of Coffee County, Georgia** | **Summary Judgment** |
| **Batey & Sanders, Inc.**<br>**vs.**<br>**Douglas Asphalt Company**<br>**Civil Actio: CI07-107820** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment** |
| **Albany Rubber & Gasket**<br>**vs.**<br>**Douglas Asphalt Company**<br>**Civil Action: CI07-107939** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **Kennedy Industries, Inc.**<br>**vs.**<br>**Douglas Asphalt Company**<br>**Civil Action: CI06-106639** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **49 Tire Service, Inc.** **vs.** **Joel Spivey as Agent for** **Douglas Asphalt Company** **Civil Action: CI07-107284** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **Larry Peavy d/b/a Peavy Trucking** **vs.** **Douglas Asphalt Company** **Civil Action: CI07-107283** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **Stafford Tractor** **vs.** **Douglas Asphalt Company** **Civil Action: CI07-107506** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **Sun Moon Enterprises d/b/a Baxley Inn** **vs.** **Douglas Asphalt Company** **Civil Action: CI07-107493** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **Georgia Surveyors Exchange** **vs.** **Douglas Asphalt Company** **Civil Action: CI07-108739** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **Allgood Auto Truck Parts** **vs.** **Douglas Asphalt Company** **Civil Action: 08-269SC** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **City Electric Supply Co.** **vs.** **Douglas Asphalt Company** **Civil Action: 07-108806C** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **Days Inn** **vs.** **Douglas Asphalt Company** **Civil Action: 08-338CS** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **Savannah Tire & Rubber Co.** **vs.** **Douglas Asphalt Company** **Civil Action: 08-829GR** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **City Electric Supply Co.** **vs.** **Douglas Asphalt Company** **Civil Action: 08-1502GR** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **Southern Davis Business** **vs.** **Douglas Asphalt Company** **Civil Action: 08-1542CS** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **P & C Auto Parts, Inc.** **vs.** **Douglas Asphalt Company** **Civil Action: 08-1891SC** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Consent Judgment** |
| **Scott Ice Service, LLC** **vs.** **Douglas Asphalt Company** **Civil Action: 09-156GR** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |

6

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **City Electric Supply Co.** **vs.** **Douglas Asphalt Company** **Civil Action: 09-1246GR** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **Days Inn** **vs.** **Douglas Asphalt Company** **Civil Action: 09-1246GR** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **Scott Ice Service, LLC** **vs.** **Douglas Asphalt Company** **Civil Action: 07-850CS** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **Power Brake & Wheel** **vs.** **Douglas Asphalt Company** **Civil Action: 08-565CS** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Default Judgment** |
| **Regency Inn** **vs.** **Douglas Asphalt Company** **Civil Action: 08-805GR** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Consent Judgment** |
| **Alithicon Lubricants Co., Inc.** **vs.** **Douglas Asphalt Company** **Civil Action: 09-1190IM** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **Intergrated Care Management** **vs.** **Douglas Asphalt Company** **Civil Action: 08-456CS** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Pending** |
| **Rogers Bridge Company** **vs.** **Douglas Asphalt Company** **Civil Action: 08-C-14050-3** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Pending** |
| **Quality Inn-Douglas** **vs.** **Douglas Asphalt Company** **Civil Action: 08-313-CS** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Pending** |
| **Pioneer Financial** **vs.** **Douglas Asphalt Company** **Civil Action: 06-106562GR** | **Civil** | **Magistrate Court of Coffee County, Georgia** | **Judgment/FIFA** |
| **AFVA Enterprises** **vs.** **Douglas Asphalt Company** **Civil Action: 2007-C04-0111** | **Civil** | **State Court of Coffee County, Georgia** | **Default Judgment** |
| **Hanson Pipe and Precast** **vs.** **Douglas Asphalt Company** **Civil Action: 2007-C04-0122** | **Civil** | **State Court of Coffee County, Georgia** | **Default Judgment** |
| **Tarmac America** **vs.** **Douglas Asphalt Company** **Civil Action: 2007-C07-191** | **Civil** | **State Court of Coffee County, Georgia** | **Default Judgment** |

7

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Roadtec, Inc. vs. Douglas Asphalt Company Civil Action: 2007-C10-0338 | Civil | State Court of Coffee County, Georgia | Default Judgment |
| Safe Investment vs. Douglas Asphalt Company Civil Action: 2008-S04-320 | Civil | Superior Court of Coffee County, Georgia | Garnishment |
| T &T Fencing vs. Douglas Asphalt Company Civil Action: 2007-S05-447 | Civil | Superior Court of Coffee County, Georgia | Garnishment |
| Patel Mehesha Metter Econo Lodge vs. Douglas Asphalt Company Civil Action: 2007-S06-538 | Civil | Superior Court of Coffee County, Georgia | Default Judgment |
| Fleetcor Technologie vs. Douglas Asphalt Company Civil Action: 2007-S06-556 | Civil | Superior Court of Coffee County, Georgia | Garnishment |
| LL Grimes vs. Douglas Asphalt Company Civil Action: 2007-S06-567 | Civil | Superior Court of Coffee County, Georgia | Garnishment |
| McCord Tie & Timber vs. Douglas Asphalt Company Civil Action: 2007-S06-581 | Civil | Superior Court of Coffee County, Georgia | Default Judgment |
| Dan Callaghan Tires vs. Douglas Asphalt Company Civil Action: 2007-S07-597 | Civil | Superior Court of Coffee County, Georgia | Default Judgment |
| CDW Corporation vs. Douglas Asphalt Company Civil Action: 2008-S06-520 | Civil | Superior Court of Coffee County, Georgia | Default Judgment |
| Atlantic Drilling Supply vs. Douglas Asphalt Company Civil Action: 2008-S07-680 | Civil | Superior Court of Coffee County, Georgia | Default Judgment |
| A Claims Advantage vs. Douglas Asphalt Company Civil Action: 2008-S09-919 | Civil | Superior Court of Coffee County, Georgia | Default Judgment |
| Gayatri Corp-Western Motel vs. Douglas Asphalt Company Civil Action: 2008-S06-539 | Civil | Superior Court of Coffee County, Georgia | Default Judgment |
| Fiberand vs. Douglas Asphalt Company Civil Action: 2009-S09-1018 | Civil | Superior Court of Coffee County, Georgia | Garnishment |

8

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Suwanee American Cement vs. Douglas Asphalt Company Civil Action: 2007-S10-1016** | **Civil** | **Superior Court of Coffee County, Georgia** | **Default Judgment** |
| **ASC Construction Equipment USA vs. Douglas Asphalt Company Civil Action: 2007-S09-861** | **Civil** | **Superior Court of Coffee County, Georgia** | **FIFA** |
| **Carmenuse Line and Slate, Inc vs. Douglas Asphalt Company Civil Action: 2007-S09-867** | **Civil** | **Superior Court of Coffee County, Georgia** | **FIFA** |
| **Douglas Asphalt Company vs. Frontier Insurance Company Civil Action: 2007-S07-519** | **Civil** | **Superior Court of Coffee County, Georgia** | **Settled** |
| **Five N's Incorporation vs. Douglas Asphalt Company Civil Action: 2007-S11-1092** | **Civil** | **Superior Court of Coffee County, Georgia** | **Default Judgment** |
| **John Carlo vs. Douglas Asphalt Company Civil Action: 2009-C06-0184** | **Civil** | **State Court of Coffee County, Georgia** | **Default Judgment** |
| **LaFarge North America, Inc. vs. Douglas Asphalt Company Civil Action: 2007-S11-1069** | **Civil** | **Superior Court of Coffee County, Georgia** | **FIFA** |
| **Wingfoot Commercial Tire Systems vs. Douglas Asphalt Company Civil Action: 2009-S05-582** | **Civil** | **Superior Court of Coffee County, Georgia** | **Pending** |
| **Wells Fargo Equipment Finance, Inc. vs. Douglas Asphalt Company, Joel Spivey and Douglas Asphalt Paving, Inc. Civil Action: 2008C-09-0331** | **Civil** | **State Court of Coffee County, Georgia** | **Pending** |
| **Stickland Oil vs. Douglas Asphalt Company Civil Action: 2008-C10-0352** | **Civil** | **State Court of Coffee County, Georgia** | **FIFA** |
| **Express Scripts vs. Douglas Asphalt Company Civil Action: 08-CV-00274** | **Civil** | **Superior Court in the District Court of Missouri** | **Judgment** |
| **Wilbur Smith & Associates vs. Douglas Asphalt Company Civil Action: 07-A111937** | **Civil** | **Superior Court of Coffee County, Georgia** | **Pending** |

9

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tony R. Jones vs. Douglas Asphalt Company Civil Action: 06-015805SLR** | **Worker's Compensation** | **Superior Court of Coffee County, Georgia** | **Pending** |
| **Candice M. Schultz vs. Douglas Asphalt Company Civil Action: 2008-CA-5538** | **Civil** | **State of Duvall County, Florida** | **Pending** |
| **Kimberly Bruce vs. Douglas Asphalt Company Civil Action: 09-CA-008040** | **Civil** | **State Court of Duvall County, Florida** | **Pending** |
| **Carol A. Couch, Director of EPD vs. Douglas Asphalt Company Civil Action: 09-CV-232** | **EPA Lawsuit** | **Superior Court of Emanuel County, Georgia** | **Default Judgment** |
| **Carol A. Couch, Director of EPD vs. Douglas Asphalt Company Civil Action: 09-CV-233** | **EPA Lawsuit** | **Superior Court of Emanuel County, Georgia** | **Default Judgment -** |
| **Jason C. Moore vs. Douglas Asphalt Company Civil Action: 2004-035593** | **Worker's Compensation** | **Superior Court of Toombs County, Georgia** | **Pending** |
| **Gregory B. McWhorter vs. Douglas Asphalt Company Civil Action: 2009-S08-933** | **Worker's Compensation** | **Superior Court of Coffee County, Georgia** | **Pending** |
| **Alice & Ulysses Ross vs. Douglas Asphalt Company Civil Action: 66921** | **Civil** | **Superior Court of Bibb County, Georgia** | **Pending** |
| **Environmental Protection Division vs. Douglas Asphalt Company Civil Action: 08-CV-294** | **Civil** | **Superior Court of Emanuel County, Georgia** | **Judgment** |
| **Colonial Pacific Leasing Corporation vs. Douglas Asphalt Company and Joel H. Spivey Civil Action: 2009S-11-1239** | **Civil** | **Superior Court of Coffee County, State of Georgia** | **Pending** |
| **Wells Fargo Equipment Finance, Inc., Assignee/Successor in Interest to IBM Credit, LLC, Assignee/Successor in Interest to The CIT Group/Equipment Financing, Inc. vs. Douglas Asphalt Company and Joel Spivey Civil Action: 2009C-09-0311** | **Civil** | **State Court of Coffee County, Georgia** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mata Enterprises, LLC vs. Douglas Asphalt Company Civil Action: 2008-C09-0328** | **Civil** | **State Court of Coffee County, Georgia** | **Pending** |
| **Osan Petroleum vs. Douglas Asphalt Company Civil Acton: 2007-S06-549** | **Civil** | **Superior Court of Coffee County, Georgia** | **Writ of Possession** |
| **Shree Sataya Sai, LLC d/b/a Quality Inn - Ft. Stewart vs. Douglas Asphalt Company Civil Action: 2008-C03-0081** | **Civil** | **State Court of Coffee County, Georgia** | **Default Judgment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **FCC Equipment Financing 12740 Gran Bay Parkway Jacksonville, FL 32258** | **November 2008** | **1-2004 Ford Dump Truck 3-Mack Truck - Water 1-2004 Ford Truck 1--2000 Kenworth Truck 1- 200 Ford Truck 1- Ford Cargo Sweeper 1- 2000 International Truck 1- 2000 Ford Truck 1- Ford Tractor 1- 2004 Cat Bachhoe 1- 2004 Cat Backhoe 1- Cat Stabilizer 1- 1999 Blaw- Knox Widener 1-2001 Cat Tractor 1-2002 Cat Tractor 1-2002 Ingersoll Compactor 1-1999 Bomag Drum Roller 1-1999 Cat Drum Roller 1- Cat Drum Roller 1- 1999 Cat Profiler 1-2004 John Deere Loader Backhoe Value $550,000.00** |

11

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **McCallar Law Firm**<br>**P.O. Box 9026**<br>**Savannah, GA 31412** | **December 27, 2009- Funds were received from check written on The Futch Law Firm account which held funds for the debtor received from settlement from the Frontier Insurance lawsuit** | **$150,000.00- Retainer $12,332.50 was applid to pre-petition fees and expenses (including the $755.00 filing fee)** |

12

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ritchie Bros. Auctioneers**<br>**142 Sea Palm Road**<br>**Savannah, GA 31410** | **11/20/08** | **8-2004 Mack Trucks- each sold for $21,000.00 and 1- 2000 International 4700 S/A Fuel & Lube Truck for $5,500.00 for a total of $173,500.00 -** |
| **Reeves Construction Company**<br>**101 Sheraton Court**<br>**Macon, GA 31210** | **7/28/09** | **Liquid Asphalt Terminal Perry Georgia- Acreage and Buildings- Sold for $5,334,190.00 all proceeds paid off liens** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Douglas National Bank**<br>**Post Office Box 2320**<br>**Douglas, GA 31533** | **Money Market Account**<br>**Last four of account 0537** | **February 2009 - $0.00** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Jefferson County Oil Spill**<br>**3722 Hwy 1 North**<br>**Jefferson County, GA** | **Environmental Protection Division**<br>**Department of Natural Resources**<br>**c/o Dept. of Law, Suzanne Success**<br>**Osborne**<br>**40 Capitol Square SW**<br>**Atlanta, GA  30334-0000** | **February 2005** | **The Georgia Water Quality Control Act and The Oil or Hazardous Material Spills or Releases Act** |
| **Gray - Wadley Facility**<br>**186 Pitts Chapel Road**<br>**Gray, Jones County, GA** | **US. Environmental Protection Agency**<br>**Region 4**<br>**61 Forsyth Street**<br>**Atlanta, GA  30303-0000** | | **Clean Water Act - Oil Pollution Act of 1990** |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☐

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **Environmental Protection Division Department of Natural Resources c/o Dept. of Law, Suzanne Success Osborne 40 Capitol Square SW Atlanta, GA 30334** | **08-CV-294** | **Judgment Entered- Emanuel County Superior Court - This case is related to number 17(a) in Jefferson County** |
| **U.S. Environmental Protection Agency Region 4 61 Forsyth Street Atlanta, GA 30303** | **CWA-04-2006-5141(b)** | **Resolved** |

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Douglas Asphalt Company** | 58-1153967 | **101 N. Peterson Avenue Douglas, GA 31533** | **Road Construction** | **August 1, 1971-September 2009** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Angelique Box 2001 W. Forest Drive Douglas, GA 31533** | **September 2006 to present** |

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **Celements, Purvis & Stewart** | | **2006** |
| **1201 N. Madison Street** | | |
| **Douglas, GA 31533** | | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Angelique Box** | **2001 W. Forest Drive** |
| **September 2006 to present** | **Douglas, GA 31533** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Joel Spivey**<br>**420 Elton D. Brooks Blvd.**<br>**Douglas, GA 31533** | **President/Majority Shareholder/Chairman of the Board** | **51% of the stock** |
| **Kyle Spivey**<br>**440 Green Willow Drive**<br>**Douglas, GA 31535** | **Vice President/Secretary/Shareholder/Board Member** | **38% of the Stock** |
| **Floriece Spivey**<br>**12331 Hwy 32 W**<br>**Ambrose, GA 31512** | **Shareholder** | **11% of the Stock** |

16

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                            OR DESCRIPTION AND
                                                                                 VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **January 20, 2010**                    Signature    **/s/ Joel Spivey**
                                                             **Joel Spivey**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Douglas Asphalt Company**             Case No.  **09-51272-JSD**

                           Debtor(s)         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $      **N/A** |
| Prior to the filing of this statement I have received | $      **11,577.50** |
| Balance Due | $      **N/A** |

2.   $  **755.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ☐ Debtor    ☒ Other (specify):   **Funds were received from check written on The Futch Law Firm account which held funds for the debtor received from settlement from the Frontier Insurance lawsuit.**

    **$150,000 was deposited into McCallar Law Firm Escrow Account in December, 2009.**

    **See Statement of Financial Affairs #9. Balance on Hand is $137,667.50.**

    **Debtor has agreed to hourly rates as shown in the Application to Retain Counsel.**

4.   The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January 21, 2010**          **/s/ C. James McCallar, Jr.**
                                         **C. James McCallar, Jr. 481400**
                                       **McCallar Law Firm**
                                       **P.O. Box 9026**
                                       **115 W. Oglethorpe Ave.**
                                       **Savannah, GA 31412**
                                       **(912) 234-1215  Fax: (912) 236-7549**
                                       **mccallarlawfirm@aol.com**

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Douglas Asphalt Company**

Debtor

Case No.  **09-51272-JSD**

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Floriece Spivey**<br>**12331 Hwy 32 W.**<br>**Ambrose, GA 31512** | **Shareholder** | **11%** | **Stock** |
| **Joel K. Spivey**<br>**420 Elton D. Brooks Blvd.**<br>**Douglas, GA 31533** | **Shareholder** | **51%** | **Stock** |
| **Kyle Spivey**<br>**440 Green Willow Drive**<br>**Douglas, GA 31535** | **Shareholder** | **38%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 20, 2010**

Signature  **/s/ Joel Spivey**

**Joel Spivey**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Douglas Asphalt Company**

Debtor(s)

Case No.   **09-51272-JSD**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Douglas Asphalt Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly owns(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 20, 2010**

Date

/s/ **C. James McCallar, Jr.**

**C. James McCallar, Jr. 481400**

Signature of Attorney or Litigant

Counsel for   **Douglas Asphalt Company**

**McCallar Law Firm**
**P.O. Box 9026**
**115 W. Oglethorpe Ave.**
**Savannah, GA 31412**
**(912) 234-1215 Fax:(912) 236-7549**
**mccallarlawfirm@aol.com**

# United States Bankruptcy Court
## Southern District of Georgia

| | |
|---|---|
| In re  **Douglas Asphalt Company** | Case No.  **09-51272-JSD** |
| Debtor(s) | Chapter  **11** |

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:  $  **1,441,974.13**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income  $  **225,000.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **21,667.67** |
| 4. Payroll Taxes | | **1,657.51** |
| 5. Unemployment Taxes | | **216.68** |
| 6. Worker's Compensation | | **1,083.38** |
| 7. Other Taxes | | **12,000.00** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **0.00** |
| 11. Utilities | | **2,000.00** |
| 12. Office Expenses and Supplies | | **500.00** |
| 13. Repairs and Maintenance | | **2,500.00** |
| 14. Vehicle Expenses | | **2,000.00** |
| 15. Travel and Entertainment | | **500.00** |
| 16. Equipment Rental and Leases | | **48,049.14** |
| 17. Legal/Accounting/Other Professional Fees | | **500.00** |
| 18. Insurance | | **3,100.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                    TOTAL

21. Other (Specify):

DESCRIPTION                                    TOTAL

22. Total Monthly Expenses (Add items 3-21)  $  **95,774.38**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)  $  **129,225.62**