IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Waycross Division

| | | |
|---|---|---|
| IN RE: | ) | |
| DOUGLAS ASPHALT COMPANY | ) | CHAPTER 11 CASE |
| | ) | NUMBER 09-51272 |
| Debtor | ) | |
| _____ | ) | |
| DONALD F. WALTON, | ) | |
| United States Trustee | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUGLAS ASPHALT COMPANY | ) | |
| | ) | |
| Debtor/Respondent | ) | |

### ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the U.S. Trustee's motion to convert this case to a case under chapter 7 and the arguments and evidence submitted by counsel at the hearing conducted on April 1, 2010, and for good cause shown, the motion by the U.S. Trustee is **ORDERED GRANTED**.

_____
JOHN S. DALIS
United States Bankruptcy Judge

Dated at Brunswick, Georgia,
this 12th day of April, 2010.